UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DWAYNE JONES,

       Plaintiff,

v.

CITY OF DETROIT,

       Defendant.
_____/

Case No. 20-12667
Honorable Linda V. Parker

## OPINION AND ORDER

On September 30, 2020, Plaintiff, with the assistance of counsel, filed this civil rights action against Defendant. Attorney Adam Taub from Adam G. Taub & Associates Consumer Law Group, PLC represents Plaintiff.

On April 14, 2021, Mr. Taub filed a motion to withdraw as counsel for Plaintiff. (ECF No. 13.) Mr. Taub seeks to withdraw his representation of Plaintiff due to breakdown in the attorney client relationship. (*Id.*) The deadline for filing a response to the motion has passed, with no response filed. The Court held a hearing with respect to Mr. Taub's motion on May 5, at which Plaintiff appeared by telephone.

The Court finds that good cause exists for Mr. Taub to withdraw and that such withdrawal can be accomplished without material adverse effect on Plaintiff's interests. *See* Mich. R. Prof'l Conduct R. 1.16.

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw (ECF No. 13) is **GRANTED** and Mr. Taub and Adam G. Taub & Associates Consumer Law Group PLC shall be terminated as counsel.

**IT IS FURTHER ORDERED** that this matter is **STAYED** until June 7, 2021, to allow Plaintiff to retain new counsel, if he is able.

**IT IS FURTHER ORDERED** that if Plaintiff retains a new attorney, he or she shall file a written appearance on the docket on or before June 7, 2021. Plaintiff shall provide his contact information to the Clerk of the Court if he is proceeding without counsel.

**IT IS FURTHER ORDERED** that Plaintiff <u>or</u> newly retained counsel and counsel for Defendant shall appear for a telephonic status conference before this Court on **June 10, 2021 at 10:00 a.m.**, by calling the Court's toll-free conference line at 1-888-808-6929 and using Access Code 8141695.

**IT IS FURTHER ORDERED** that Mr. Taub shall serve a copy of this Opinion and Order on Plaintiff within seven (7) days.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: May 6, 2021